1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROL A. BURLISON,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. C04-5006RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter is before the Court on the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge. The Court has reviewed the Report and the underlying record, as well as the pleadings filed by the parties after the Report was issued. The Court does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) The administrative decision is AFFIRMED; and

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 20th day of April, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1